UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:  CHARLES D. YOUNG  CASE #: 24-10242
Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now comes Daryl J. Smith, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s) in that:

1) Debtor(s) has failed to appear at the scheduled 341(a) Zoom Meeting of Creditors. The 341(a) Zoom Meeting of Creditors has been rescheduled to May 21, 2024 at 1:00 pm. The Trustee reserves the right to supplement this objection after the continued Zoom 341(a) Zoom Meeting of Creditors is concluded.

WHEREFORE, Trustee submits that the Debtor be required to provide documentation and amend the plan pursuant to the above stated objection or that confirmation be denied.

Dated April 15, 2024

*/s/Daryl J. Smith*
Daryl J. Smith
Chapter 13 Trustee
P. O. Box 1770
Shreveport, La 71166
Phone - (318)673-8244
Fax - (318)673-8254

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 15, 2024** a true and correct copy of the foregoing Trustee's Objection has been served on the debtor(s) **at the address listed below,** by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

CHARLES D. YOUNG
4803 N MARKET ST.
SHREVEPORT, LA 71107

*/s/Daryl J. Smith*