UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     **CHARLES D. YOUNG**                                   CASE #:   24-10242
                                                                 **Chapter 13**

**SUPPLEMENTAL OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Now comes Daryl J. Smith, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s)  in that:

1)    Debtor lists on Amended Schedule I wage income of $6,240.00 arising from new employment. Additional pay records are needed to verify Debtor's present income . Trustee requests all pay records from date of hire to present.

2)    The Trustee objects to the confirmation of Debtors chapter 13 plan pursuant to 11  U.S.C. § 1322(a)(2). The Louisiana Department of Revenue (LDR) has timely filed a proof of claim asserting a priority claim in the amount of $10.37 as the result of unpaid state income taxes for tax year 2022, in the amount of $226.56. The Debtor's proposed chapter 13 plan fails to provide for treatment of the claim . Section 4.4 of the plan should be amended to provide for treatment of this and any other claims entitled to priority status under 11 U.S.C. § 507.

3)    Plan Section 3.3 provides for Trustee disbursement to Performance Finance of a secured claim of $26,183.00.  The creditor filed a claim asserting a total secured claim amount of $28,001.86.  The plan should be amended to correct the amount of the secured claim based on the claim filed or an objection to claim should be filed.

WHEREFORE, Trustee submits that the Debtor be required to provide documentation and amend the plan pursuant to the above stated objection or that confirmation be denied .

Dated June 05, 2024                                              */s/Daryl J. Smith*
                                                                 Daryl J. Smith
                                                                 Chapter 13 Trustee
                                                                 P. O. Box 1770
                                                                 Shreveport, La  71166
                                                                 Phone - (318)673-8244
                                                                 Fax - (318)673-8254

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on **June 05, 2024** a true and correct copy of the foregoing Trustee's Objection has been  served on the debtor(s) *at the address listed below,*  by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

| CHARLES D. YOUNG | LOUISIANA DEPT REV & | PERFORMANCE FINANCE |
|---|---|---|
| 164 RUTH ROAD | TAXATION | 10509 PROFESSIONAL CIRCLE |
| HAUGHTON, LA  71037 | PO BOX 66658 | STE 100 |
| | BATON ROUGE, LA  70896 | RENO, NV  89521 |

**/s/Daryl J. Smith**