### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

IN RE:    **CHARLES D. YOUNG**               **CASE #:   24-10242**

                                                         **Chapter 13**

### OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

      Now comes Daryl J. Smith, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed modified plan filed on **June 13, 2024** by the above debtor(s) in that:

    1)      Plan Section 3.3 provides for Trustee disbursement to East Texas Professional of a claim secured by a 2019 Chevrolet. The claim filed by the creditor shows the debt was incurred more than 910 before the filing of the bankruptcy. Treatment of the claim should not be set forth in Plan Section 3.3. The Trustee submits the treatment should be set forth in plan section 3.2. The amount of secured claim should be based upon the value of the collateral. If the value is less than the amount of the secured claim, notice to the creditor should be provided. The value of the collateral shown in the plan and on the schedules should be consistent.

WHEREFORE, Trustee submits that the Debtor be required to provide documentation and amend the plan pursuant to the above stated objection or that confirmation be denied.

Dated July 01, 2024                                      */s/Daryl J. Smith*
                                                   Daryl J. Smith
                                                   Chapter 13 Trustee
                                                   P. O. Box 1770
                                                   Shreveport, La 71166
                                                   Phone - (318)673-8244
                                                   Fax - (318)673-8254

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on **July 01, 2024** a true and correct copy of the foregoing Trustee's Objection has been served on the debtor(s) *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

CHARLES D. YOUNG              EAST TEXAS PROFESSIONAL
164 RUTH ROAD                  CR UN
HAUGHTON, LA 71037           PO BOX 6750
                                  LONGVIEW, TX 75608

                                                   */s/Daryl J. Smith*