IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:   CHARLES D. YOUNG           CASE NO. 24-10242
                                    CHAPTER 13

### TRUSTEE'S MOTION TO DISMISS CASE

Now comes the Standing Chapter 13 Trustee, Daryl J. Smith, who with respect reports that:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §1334 and by virtue of the reference from the District Court for the Western District of Louisiana pursuant to Local District Court Rule 83.4.1. This is a core proceeding under section 28 U.S.C. §157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

### Predicates for Relief

2. The statutory predicates for relief requested herein are 11 U.S.C. §1307(c)(6).

### Background

3. The Trustee seeks dismissal of Debtor's case as a result of Debtor's failure to pay to the Trustee plan payments required under the Debtor's confirmed plan (Document No. 31) and any subsequent notice(s) of plan payment change(s) filed by the Trustee.

### Basis for Relief

4. 11 U.S.C. §1307(c) provides, "Except as provided in subsection (f) of this section, on request of a party in interest or the United States Trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including --

(6) material default by the debtor with respect to a term of a confirmed plan;"

5. Pursuant to the provisions of the confirmed plan (Document No. 31) and any subsequent notice(s) of plan payment change(s) filed by the Trustee, Debtor was required to remit plan payments totaling $23,807.63 as of the date of the filing of this motion.

6. As of the date of the filing of the motion, the Trustee has received plan payments totaling $16,319.36 resulting in a delinquency of $7,488.27.

7. Failure to remit the required plan payments of $7,488.27 constitutes a material default by the Debtor with respect to a term of the confirmed plan.

WHEREFORE, Trustee requests this Court to dismiss Debtor's case under 11 U.S.C. §1307(c)(6).

Dated: July 03, 2025

Respectfully Submitted,

/s/Daryl J. Smith
Daryl J. Smith
Chapter 13 Trustee
P. O. Box 1770
Shreveport, La 71166
Phone - (318)673-8244
Fax - (318)673-8254

# CERTIFICATE OF SERVICE

        I certify that I filed this document using the Court's CM/ECF system which generated a "Notice of Electronic Filing" indicating that it was transmitted to the filing party and all registered users of the CM/ECF system having appeared in the case in which the filing is made. Pursuant to LBR 9013-1, transmission of the Notice of Electronic Filing to a registered user via the CM/ECF system constitutes service of the pleading or other document.

        I also certify that this document has been served on all parties listed below by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon.

| | |
|---|---|
| Charles D. Young | ROBERT W. COOK |
| 164 Ruth Road | 4070 HWY 80 EAST |
| Haughton, LA 71037 | HAUGHTON, LA 71037 |

Mayli Alarcon
ALDRIDGE PITE, LLP
8880 Rio San Diego Drive,
Suite 725
San Diego, CA 92108

Dated: July 03, 2025
                                                                            /s/Daryl J. Smith
                                                                            Daryl J. Smith
                                                                            Chapter 13 Trustee
                                                                            P. O. Box 1770
                                                                            Shreveport, La 71166
                                                                            Phone - (318)673-8244
                                                                            Fax - (318)673-8254