**SO ORDERED.**

**DONE and SIGNED August 13, 2025.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**IN RE: CHARLES D. YOUNG**                                      **CASE # 24-10242**
                                                                                           **CHAPTER 13**

## **AGREED ORDER**

        Considering the Motion to Dismiss Chapter 13 Case (Document No. 38), Notice of Hearing with Response Deadline (Document No. 39), and agreement of the parties:

        **IT IS HEREBY ORDERED** that Debtor filed a modified plan (Document No. 45) to address the payment delinquency that existed under the Debtor's last confirmed plan (Document No. 31);

        The modified plan having provided for a forgiveness of prior arrears, **IT IS FURTHER ORDERED** that the Debtor remit and the Trustee timely receive the payment due August 30, 2025, failure of the Debtor to remit and the Trustee to timely receive the payment due August 30, 2025, the Trustee is authorized to submit an order of dismissal.

        **IT IS FURTHER ORDERED** that Debtor shall pay all future regular monthly payments to the Chapter 13 Trustee on a timely basis;

        **IT IS FURTHER ORDERED** that in the event Debtor becomes delinquent in plan payments by a period in excess of 60 days under the confirmed plan, the Chapter 13 Trustee is authorized to seek ex parte dismissal of the case.

###

This Order has been prepared by:
*/s/ Daryl J. Smith*
Daryl J. Smith
Chapter 13 Trustee
Post Office Box 1770
Shreveport, Louisiana 71166
Phone – (318)673-8244
Fax – (318)673-8254

**The Cook Law Firm**
**4070 Highway 80**
**Haughton, Louisiana 71037**
**(318) 949-5999**
**By: /s/ Kelli R. Cook**
       Robert W. Cook, #20761
       Kelli Cook, #32401
       Michele Cook, #33531
       Kent Gill, #06165
       Jessica P. Johnston, #32519